AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jimmie Ray Morrow (1) | ) | Case No. |
| Stephanie Primeaux (2) | ) / | 4:17MJ007 |
| Maxim McDermott (3) | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED
JAN 12 2017
Clerk, U.S. District Court
Texas Eastern

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 6, 2016  in the county of  Collin  in the  Eastern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) and (d) | Armed Bank Robbery |
| 18 U.S.C. § 2 | Aiding and Abetting |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Robert A. Christian
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  01/12/2017  3:10pm

_____
*Judge's signature*

City and state:  Sherman, Texas            Christine A. Nowak, U. S. Magistrate Judge
*Printed name and title*